IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TORI DEMARCO BUMPERS, | ) |
| Petitioner, | ) ) ) |
| v. | ) 1:23CV112 |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on February 8, 2023, was served on the parties in this action. (ECF Nos. 2, 3). Plaintiff objected to the Recommendation. (ECF No. 4.)

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action is **FILED** and **DISMISSED** *sua sponte* without prejudice to Petitioner raising any claims challenging the conviction in 1:22cr114-1 in that case or on direct appeal.

A judgment dismissing this action will be entered contemporaneously with this Order.

This, the 9th day of March 2023.

/s/ Loretta C. Biggs
United States District Judge